1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   CEDRIC E. WALKER,                          No. 2:16-cv-2240 CKD P
12              Petitioner,
13        v.                                    ORDER
14   ERIC ARNOLD, et al.,
15              Respondents.
16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254. The application attacks a conviction issued by the Superior
19   Court of San Diego County. While both this court and the United States District Court in the
20   district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit
21   Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of
22   petitioner's application are more readily available in San Diego County. Id. at 499 n.15; 28
23   U.S.C. § 2241(d).
24   /////
25   /////
26   /////
27   /////
28   /////

                                                 1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 | transferred to the United States District Court for the Southern District of California.
3 | Dated: September 27, 2016

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
walk2240.108