# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC E. WALKER,<br><br>                  Petitioner,<br><br>v.<br><br>SCOTT KERNAN, Secretary,<br><br>                  Respondent. | Case No.: 16-2430 LAB (BLM)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

    Petitioner, a state prisoner proceeding pro se, had filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On October 17, 2016, Petitioner submitted a document entitled "Notice to Court of Correct Address." (ECF No. 8.) Petitioner advises the Court is currently housed at California State Prison, Solano.

    A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Scott Kernan, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Eric Arnold." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the

respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions).

The Clerk of the Court will modify the docket to reflect "Scott Kernan, Secretary" as respondent in place of "Eric Arnold."

**IT IS SO ORDERED.**

Dated: 11/6/2017

Hon. Barbara L. Major
United States Magistrate Judge